Creditors Matrix



Fed Loan Serv
PO Box 60610
Harrisburg, PA 17106-0610


IC Systems Inc
PO Box 64378
Saint Paul, MN 55164-0378


National Credit Systems Inc
8300 Camp Creek Pkwy
SW Bdg 1800, Suite 110
Atlanta, GA 30331-6247


Navient
PO Box 9655
WILKES BARRE, PA 18773-9655


Specialized Collection System
PO Box 441508
Houston, TX 77244-1508


Texas A&M University
750 Agronomy Rd.
College Station, TX 77843


The Garner Law Firm
7660 Woodway
Suite 390
Houston, TX 77063