# Notice Recipients

District/Off: 0541−4 | User: tcam | Date Created: 1/17/2017
Case: 17−30216 | Form ID: pdf003 | Total: 1

**Recipients of Notice of Electronic Filing:**
db      Ieeshia Keyonnie Lawrence      ilawrence910@gmail.com

TOTAL: 1