

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
02/24/2017

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **IEESHIA KEYONNIE LAWRENCE,** | § | **Case No. 17-30216** |
| | § | |
| Debtor. | § | **Chapter 7** |
| | § | |

### ORDER: (1) DENYING THE DEBTOR'S APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED; AND (2) DISMISSING CASE FOR FAILURE TO APPEAR
**[Doc. No. 4]**

On January 13, 2017, Ieeshia Keyonnie Lawrence (the "Debtor") filed an Application to Have the Chapter 7 Filing Fee Waived (the "Application"). [Doc. No. 4]. On February 23, 2017, the Court held a hearing on the Application, but the Debtor failed to appear at this hearing. Accordingly, the Court finds that the Application should be denied for lack of prosecution. Further, the Court finds that the Debtor's case should be dismissed for failure to appear at this Court's February 23, 2017 hearing. It is therefore:

ORDERED that the Application is denied; and it is further

ORDERED that the Debtor's Chapter 7 case is dismissed for failure to appear to prosecute the Application; and it is further

ORDERED that the Clerk of Court shall send a copy of this order to the Debtor at the following address: 10430 Kentington Oak Dr., Humble, TX 77396.

Signed on this 23rd day of February, 2017.

_____
Jeff Bohm
United States Bankruptcy Judge