

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/30/2017

| | | |
|---|---|---|
| **In re:** § § **IEESHIA KEYONNIE LAWRENCE,** § § **Debtor.** § § § | | **Case No. 17-30216** **Chapter 7** |
| **IEESHIA KEYONNIE LAWRENCE,** § § **Plaintiff** § § **v.** § § **FED LOAN SERVICING, UNIVERSITY OF HOUSTON-DOWNTOWN, TEXAS A&M UNIVERSITY, AND NAVIET,** § § **Defendants.** § | | **Adversary No. 17-3040** |

### ORDER DISMISSING THIS ADVERSARY PROCEEDING
[This Order Relates to Adv. Doc. No. 1]

On March 30, 2017, this Court held a status conference in the above-referenced adversary proceeding. The Plaintiff, who is also the debtor in the main Chapter 7 case, and who represents herself *pro se*, failed to appear at this status conference. Because she failed to appear, the Court finds that this adversary proceeding should be dismissed. A second distinct and independent reason for dismissal of this adversary proceeding is that this Court dismissed the main Chapter 7 case on February 23, 2017. [Main Case No. 17-30216, Doc. No. 24]. For these reasons, it is therefore:

ORDERED that this adversary proceeding is dismissed; and it is further

ORDERED that the Clerk of Court shall close this file; and it is further

1

2

ORDERED that the Clerk of Court shall send a copy of this Order to the Plaintiff at the following address: 10430 Kentington Oak Dr., Humble, Texas 77396.

Signed on this 30th day of March, 2017.

*[signature]*

Jeff Bohm
United States Bankruptcy Judge